```
UNITED STATES DISTRICT COURT        08/02/90              DKT #: 3:90CV03025
SOUTH DAKOTA (0869)
PIERRE DIVISION                                           PAGE 1
                              LAMPLEY V. MICKELSON
------------------------------------------------------------------------------
DONALD J. PORTER   (6906)
------------------------------------------------------------------------------
Fi  : 08/01/90   NOS : 440   Origin : 1   Jury Demand:        Demand      : 0

County: 46065    Juris: 3     Rule 23:     Dversity(P):       Dversity(D):

                                            Fee Type    :     Fee Status :

Cause:

Remarks:
------------------------------------------------------------------------------
                                PARTIES

P   1) LAMPLEY, WILLIE RAY              P   2) LAMPLEY, CECILIA KAY

D   3) MICKELSON, GEORGE S.             D   4) MILLER, WALTER DALE
D   5) HAZELTINE, JOYCE                 D   6) VOLK, DAVID L.
D   7) TELLINGHUISEN, ROGER A.          D   8) WUEST, GEORGE W.
D   9) PRESSLER, LARRY                  D  10) DASCHLE, THOMAS A.
D  11) JOHNSON, TIM                     D  12) MCCLURE, MARY
D  13) ANDERA, LEONARD E.               D  14) AUSTAD, RANDALL
D  15) BELATTI, RICHARD G.              D  16) WOOD, ROYAL J.
D  17) WUDEL, RICHARD A.                D  18) ZABEL, WALTER L.
D  19) AMDAHL, TIMOTHY J.               D  20) KINSMAN, KATHERINE A.
D  21) THOMPSON, JOHN                   D  22) SCHREINER, RON
------------------------------------------------------------------------------

         PARTY                                  ATTORNEY

P   1) LAMPLEY, WILLIE RAY
                                           UNREPRESENTED

P   2) LAMPLEY, CECILIA KAY
                                           UNREPRESENTED

D   3) MICKELSON, GEORGE S.
                                           UNREPRESENTED

D   4) MILLER, WALTER DALE
                                           UNREPRESENTED

D   5) HAZELTINE, JOYCE
                                           UNREPRESENTED

D   6) VOLK, DAVID L.
                                           UNREPRESENTED

D   7) TELLINGHUISEN, ROGER A.
                                           UNREPRESENTED

D   8) WUEST, GEORGE W.
                                           UNREPRESENTED

D   9) PRESSLER, LARRY
                                           UNREPRESENTED
```

```
UNITED STATES DISTRICT COURT      08/02/90              DKT #: 3:90CV03025
SOUTH DAKOTA (0869)
PIERRE DIVISION                                         PAGE 2
                            LAMPLEY V. MICKELSON
```
---

| PARTY | ATTORNEY |
|---|---|
| 1) DASCHLE, THOMAS A. | UNREPRESENTED |
| 11) JOHNSON, TIM | UNREPRESENTED |
| 12) MCCLURE, MARY | UNREPRESENTED |
| 13) ANDERA, LEONARD E. | UNREPRESENTED |
| 1) AUSTAD, RANDALL | UNREPRESENTED |
| 15) BELATTI, RICHARD G. | UNREPRESENTED |
| 16) WOOD, ROYAL J. | UNREPRESENTED |
| 17) WUDEL, RICHARD A. | UNREPRESENTED |
| 18) ZABEL, WALTER L. | UNREPRESENTED |
| 19) AMDAHL, TIMOTHY J. | UNREPRESENTED |
| 20) KINSMAN, KATHERINE A. | UNREPRESENTED |
| 21) THOMPSON, JOHN | UNREPRESENTED |
| ) SCHREINER, RON | UNREPRESENTED |

\* \* \*

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF<br>Willie Ray Lampley, et. al. | DEFENDANT<br>George S. Mickelson, et. al. | DOCKET NO. 90-3025<br>PAGE ___ OF ___ PAGE |
|---|---|---|

| DATE<br>1990 | NR. | PROCEEDINGS |
|---|---|---|
| Aug. 1 | 1 | Plffs' MOTION for Leave to Proceed in Forma Pauperis filed. Copy fur. Court. |
| Aug. 1 | 2 | ASSERVERATION of Impecuniosity of Cecilia Kay Lampley filed. |
| Aug. 1 | 3 | ASSERVERATION of Impecuniosity of Willie Ray Lampley filed. |
| Aug. 1 | 4 | Plffs' PROCLAMATION and Demand at the Common Law of God in a Common Law Criminal Court Treason and Consipiracy to Comit Treaso Against Common Law Citizens filed. |
| Aug. 1 | 5 | ORDER authorizing Plffs' to Proceed in Forma Pauperis and directir Clerk to Dismiss action as privolous filed. |
| Aug. 1 |  | Notice of Entry and copy of Order mailed to Willie Ray and Cecilia Kay Lampley. |